United States Courts
Southern District of Texas
FILED
NOV 26 2004
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED
DEC 01 2004
Michael N. Milby
Clerk of Court

Sir,

I Recieved your Letter of Notice of Dismissal for want of Prosecution, And Here is The Forma Pauperis That I Maild on 9-20-04 And was Returend I Really do Not Know why it was Returned. So I Am Mailing you The Return Evolop so you can see it. Just one more Thing My 2255 has Been in The Docket for 18 months Now And The Forma Pauperis That I Sent with My 2255 was Granted This Last Time Back in September of This year was A Amendment on my 2255 Just To Add To it The Blackly V. Washgton Case. why do I Need ANTher Forma Pauperis on My 2255 Just To Amend The Blackly Case to My Case? Please write Back To ME AS Soon AS possible And Tell Me if I Am wrong or The First Forma Pauperis That was Granted 18 Months Ago is No Longger good, iether way Please Let me Know SomyThing. Thank You!

Sincerely Yours
David G Guerrero

B-04-CV-130