# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT
## BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

NOV 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

|  |  |
|---|---|
| DAVID GUERRERO-AGUILAR | * |
|  | * |
| VS | *   C.A. NO. B-04-130 |
|  | * |
| UNITED STATES OF AMERICA | *   (CR. NO. B-01-053) |

### NOTICE OF DISMISSAL
### FOR WANT OF PROSECUTION

On August 6, 2004, the U.S. District Clerk mailed an application to proceed in forma pauperis to the Petitioner. The Petitioner has failed to response and has not filed said document.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by December 15, 2004.

DONE at Brownsville, Texas, this 15th day of November 2004.

Felix Recio
**United States Magistrate Judge**