United States District Court
Southern District of Texas
FILED
DEC 01 2004
Michael N. Milby
Clerk of Court

DAVID GUERRERO-AGUILAR
(Petitioner)

UNITED STATES OF AMERICA
(Respondent[s])

DECLARATION IN SUPPORT
~~OF REQUEST~~
~~TO PROCEED~~
IN FORMA PAUPERIS

United States Courts
Southern District of Texas
FILED
NOV 26 2004
Michael N. Milby, Clerk

CV. NO: B-01-153
CV A No: B-04-CV-130

I, DAVID Guerrero AGUILAR, declare that I am the petitioner in the above entitled case; that in support y motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

Are you presently employed?   Yes ✓   No _____

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

UNICOR FACTORY P.O.Box 4100 Three Rivers Texas, 78071

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

_____

Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession or form of self-employment?   Yes ___   No ✓
b. Rent payments, interest or dividends?   Yes ___   No ✓
c. Pensions, annuities or life insurance payments?   Yes ___   No ✓
d. Gifts or inheritances?   Yes ___   No ✓
e. Any other sources?   Yes ___   No ✓

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

Do you own any cash, or do you have money in a checking or savings account?   Yes ___   No ✓
(Include any funds in prison accounts).

If the answer is yes, state the total value of the items owned. _____

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings at clothing)?   Yes ___   No ✓

If the answer is yes, describe the property and state its approximate value. _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  09-15-04
(Date)

DAVID GUERRERO
Signature of Petitioner

CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 6.02 on account edit at the FCI, Three Rivers, TX institution where he is confined. I further that Petitioner likewise has the following securities to his credit according to the records of said N/A
on:

I further certify that during the past 6 months the applicant's average balance was $99.52

D 7-26-04

V. Woodcraft
Authorized Officer of Institution

Counselor
Title of Officer

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page 9 of 9