

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7000 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/11/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 7/20/2004 11:11:18 AM |
| Account Status: | Active |
| ITS Balance: | $234.92 |

#### FRP Plan Information

**FRP Plan Type**   **Expected Amount**   **Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $6.02 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $6.02 |
| National 6 Months Deposits: | $597.10 |
| National 6 Months Withdrawals: | $661.75 |
| National 6 Months Avg Daily Balance: | $19.05 |
| Local Max. Balance - Prev. 30 Days: | $90.17 |
| Average Balance - Prev. 30 Days: | $33.34 |



| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/20/2004 11:11:18 AM | TRV3000 | Sales | ($30.55) | 48 | | $6.02 |
| 7/7/2004 6:52:08 PM | AMService | ITS Withdrawal | ($7.00) | ITS0707 | | $36.57 |
| 7/7/2004 11:10:37 AM | TRV3004 | Sales | $0.00 | 40 | | $43.57 |
| 7/7/2004 11:09:57 AM | TRV3004 | Sales | ($26.60) | 39 | | $43.57 |
| 7/6/2004 5:07:56 PM | AMService | ITS Withdrawal | ($20.00) | ITS0706 | | $70.17 |
| 7/2/2004 9:08:02 AM | TRV2001 | Payroll - UNICOR | $89.26 | IOS036 | | $90.17 |
| 6/29/2004 4:58:51 PM | AMService | ITS Withdrawal | ($10.00) | ITS0629 | | $0.91 |
| 6/23/2004 11:28:00 AM | TRV3004 | Sales | ($36.80) | 80 | | $10.91 |
| 6/17/2004 5:37:30 PM | AMService | ITS Withdrawal | ($20.00) | ITS0617 | | $47.71 |
| 6/17/2004 2:28:20 PM | TRV2003 | Local Collections | $30.00 | 11160 | | $67.71 |
| 6/3/2004 11:11:32 AM | TRV3000 | Sales | ($31.85) | 41 | | $37.71 |
| 6/2/2004 12:52:35 PM | TRV2001 | Payroll - UNICOR | $69.35 | IOS033 | | $69.56 |
| 5/25/2004 3:28:33 PM | TRV2001 | Initial PLRA Pymt | $0.21 | 1007-V | | $0.21 |
| 5/21/2004 12:42:11 PM | TRV2001 | Initial PLRA Pymt | ($0.21) | 4TRVD001 | 1007 | $0.00 |
| 5/20/2004 11:06:02 AM | TRV3000 | Sales | ($12.10) | 38 | | $0.21 |
| 5/14/2004 6:00:43 PM | AMService | ITS Withdrawal | ($10.00) | ITS0514 | | $12.31 |
| 5/13/2004 11:03:08 AM | TRV3003 | Sales | ($16.25) | 51 | | $22.31 |
| 5/12/2004 1:27:53 PM | TRV2003 | Local Collections | $25.00 | 8688 | | $38.56 |
| 5/6/2004 11:02:18 AM | TRV3005 | Sales | ($75.25) | 56 | | $13.56 |
| 5/5/2004 8:33:43 PM | AMService | ITS Withdrawal | ($10.00) | ITS0505 | | $88.81 |
| 5/3/2004 1:08:27 PM | TRV2001 | Payroll - UNICOR | $71.88 | IOS030 | | $98.81 |
| 4/29/2004 1:27:49 PM | TRV2003 | Local Collections | $25.00 | 7826 | | $26.93 |
| 4/7/2004 11:17:42 AM | TRV3003 | Sales | ($23.05) | 45 | | $1.93 |
| 4/2/2004 5:21:19 PM | AMService | ITS Withdrawal | ($50.00) | ITS0402 | | $24.98 |
| 4/2/2004 8:28:12 AM | TRV2003 | Payroll - UNICOR | $74.29 | IOS027 | | $74.98 |
| 3/22/2004 11:00:14 AM | TRV3001 | Sales | ($5.60) | 23 | | $0.69 |
| 3/16/2004 11:07:54 AM | TRV3005 | Sales | ($44.30) | 24 | | $6.29 |
| 3/15/2004 3:15:08 PM | TRV2002 | Local Collections | $50.00 | 4773 | | $50.59 |
| 3/10/2004 10:57:58 AM | TRV3000 | Sales | ($37.95) | 32 | | $0.59 |
| 3/3/2004 6:42:13 PM | AMService | ITS Withdrawal | ($30.00) | ITS0303 | | $38.54 |
| 3/2/2004 8:08:48 AM | TRV2003 | Payroll - UNICOR | $65.79 | IOS024 | | $68.54 |
| 2/12/2004 12:11:33 PM | TRV3001 | Sales | ($25.00) | 111 | | $2.75 |
| 2/10/2004 3:04:29 AM | AMSERVICE | Support | $0.00 | | | $27.75 |
| 2/3/2004 5:08:06 PM | AMService | ITS Withdrawal | ($50.00) | ITS0203 | | $27.75 |
| 2/3/2004 9:14:38 AM | TRV2003 | Payroll - UNICOR | $71.53 | IOS021 | | $77.75 |
| 1/29/2004 6:13:24 PM | AMService | ITS Withdrawal | ($20.00) | ITS0129 | | $6.22 |
| 1/29/2004 3:15:56 PM | TRV2001 | Local Collections | $25.00 | 1468 | | $26.22 |
| 1/27/2004 11:09:27 AM | TRV3005 | Sales | ($19.45) | 28 | | $1.22 |
| 1/26/2004 6:00:35 PM | AMService | ITS Withdrawal | ($50.00) | ITS0126 | | $20.67 |
| 1/15/2004 1:27:59 PM | TRV2003 | Support | $70.00 | 427-V | | $70.67 |
| 1/15/2004 1:27:37 PM | TRV2003 | Support | ($70.00) | | 427 | $0.67 |
| 1/12/2004 11:07:41 AM | TRV3001 | Sales | ($37.10) | 40 | | $70.67 |
| 1/8/2004 9:50:58 AM | DataMig | Conversion | $107.77 | | | $107.77 |

1