

David Guerrero-Aguilar
94621-079
Federal Correctional Institution
P.O. Box 4200
Three Rivers, TX, 78071

DATE/TIME RCVD 9-20-04
DATE/TIME ISSUED 9-21-04
STAFF [signature]

"CLERK"
United States District Court
Southern District of Texas
P.O. Box 2299
Brownsville, Texas 78522-2299

"LEGAL MAIL"

RETURN TO SENDER

Downtown Station
Brownsville, Tx. 78522-9998