**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

 David Guerrero-Aguilar
 Reg. No. 94621-079
 P.O. Box 4200
 Three Rivers, TX 78071

 B-04-130 (mailed 12/3/04 —
 11/15/04 Order)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
 X [signature]  ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   SLeg1                           12-8-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0006 5214 1420

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1