94621-079

# United States District Court
## DISTRICT OF

Plaintiff

V

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:  B-04-130
B-01-053

I, _David Guerrero-Aguilar_ declare that I am the (check appropriate box)

☑ petitioner/ plaintiff/(movant)        ☐ other :

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or cost under 28 USC. 1915 I declare that I an unable to pay the cost of these proceedings and that I am entitles to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of law:

1. Are you currently incarcerated?: ☑ Yes       ☐ No    (If "No" go to Part 2)

   If "Yes" state place of your incarceration: _F.C.I Three Rivers Texas_

   Are you employed at the institution? _YES_   Do you receive any payment from this institution? _YES_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes        ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary of wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of the last employment, he amount of your take-home salary or wages and pay period and the name of your last employer. _January, 2000, I made about 800. a week, I was a Carpenter in Georgia, location or address it unknown._

3. In the past 12 months have you received any money from any of the following sources?

   a. Business, profession of other self-employment       ☐ Yes   ☑ No
   b. Rent payments, interest of dividends                ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments       ☐ Yes   ☑ No
   d. Disability or workers compensation payments          ☐ Yes   ☑ No
   e.                                                      ☐ Yes   ☑ No
   f. Any other sources                                    ☐ Yes   ☑ No

AO 240 (1/84)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☑ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state you relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

12-13-2004
DATE

X DAVID GUERRERO A
SIGNATURE OF APPLICANT

## CERTIFICATE
(incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 1.90 _____ on account to his/her credit at

(name of institution) FCI, Three Rivers, TX _____. I further certify

that the applicant has the following securities to his/her credit: $278.69 on his telephone account.

I further certify that during the past six (6) months the applicant's average balance was $ 99.49 _____.

12-13-04
DATE

V. Woodcraft CC
SIGNATURE OF AUTHORIZED OFFICER