

All Transactions

Inmate Reg:
Inmate Name:
Report Date:
Report Time:

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 12/13/2004 11:07:46 AM | TRV3003 | Sales | ($11.10) | 37 | | $1.90 |
| 12/6/2004 11:07:24 AM | TRV3003 | Sales | ($41.70) | 40 | | $13.00 |
| 12/4/2004 5:18:37 PM | AMService | ITS Withdrawal | ($60.00) | ITS1204 | | $54.70 |
| 12/3/2004 8:02:13 AM | TRV2002 | Payroll - UNICOR | $114.67 | IOS006 | | $114.70 |
| 11/22/2004 11:17:51 AM | TRV3006 | Sales | ($2.00) | 51 | | $0.03 |
| 11/10/2004 11:10:04 AM | TRV3001 | Sales | ($5.50) | 64 | | $2.03 |
| 11/5/2004 10:01:18 PM | AMService | ITS Withdrawal | ($80.00) | ITS1105 | | $7.53 |
| 11/4/2004 11:28:57 AM | TRV3004 | Sales | ($29.55) | 72 | | $87.53 |
| 11/2/2004 12:31:10 PM | TRV2001 | Payroll - UNICOR | $100.41 | IOS003 | | $117.08 |
| 10/25/2004 11:07:50 AM | TRV3003 | Sales | $2.15 | 23 | | $16.67 |
| 10/25/2004 11:05:05 AM | TRV3003 | Sales | ($36.30) | 21 | | $14.52 |
| 10/21/2004 3:09:56 PM | TRV2001 | Local Collections | $50.00 | 1428 | | $50.82 |
| 10/18/2004 11:12:51 AM | TRV3006 | Sales | ($3.90) | 30 | | $0.82 |
| 10/12/2004 11:34:14 AM | TRV3001 | Sales | ($6.20) | 49 | | $4.72 |
| 10/5/2004 8:23:08 PM | AMService | ITS Withdrawal | ($20.00) | ITS1005 | | $10.92 |
| 10/4/2004 10:52:45 AM | TRV3001 | Sales | ($39.25) | 27 | | $30.92 |
| 10/4/2004 8:59:22 AM | TRV2001 | Payroll - UNICOR | $69.81 | IOS045 | | $70.17 |
| 9/9/2004 11:10:34 AM | TRV3000 | Sales | ($62.70) | 46 | | $0.36 |
| 9/3/2004 7:53:49 PM | AMService | ITS Withdrawal | ($10.00) | ITS0903 | | $63.06 |
| 9/2/2004 1:37:31 PM | TRV2001 | Payroll - UNICOR | $72.34 | IOS042 | | $73.06 |
| 8/9/2004 10:58:34 AM | TRV3004 | Sales | ($16.10) | 25 | | $0.72 |
| 8/4/2004 5:52:55 PM | AMService | ITS Withdrawal | ($20.00) | ITS0804 | | $16.82 |
| 8/4/2004 1:04:28 PM | TRV2001 | Court Fees | ($5.00) | | 1356 | $36.82 |
| 8/2/2004 5:03:28 PM | TRV3000 | Sales | ($34.70) | 41 | | $41.82 |
| 8/2/2004 12:57:46 PM | TRV2001 | Payroll - UNICOR | $70.50 | IOS039 | | $76.52 |
| 7/20/2004 11:11:18 AM | TRV3000 | Sales | ($30.55) | 48 | | $6.02 |
| 7/7/2004 6:52:08 PM | AMService | ITS Withdrawal | ($7.00) | ITS0707 | | $36.57 |
| 7/7/2004 11:10:37 AM | TRV3004 | Sales | $0.00 | 40 | | $43.57 |
| 7/7/2004 11:09:57 AM | TRV3004 | Sales | ($26.60) | 39 | | $43.57 |
| 7/6/2004 5:07:56 PM | AMService | ITS Withdrawal | ($20.00) | ITS0706 | | $70.17 |
| 7/2/2004 9:08:02 AM | TRV2001 | Payroll - UNICOR | $89.26 | IOS036 | | $90.17 |
| 6/29/2004 4:58:51 PM | AMService | ITS Withdrawal | ($10.00) | ITS0629 | | $0.91 |
| 6/23/2004 11:28:00 AM | TRV3004 | Sales | ($36.80) | 80 | | $10.91 |
| 6/17/2004 5:37:30 PM | AMService | ITS Withdrawal | ($20.00) | ITS0617 | | $47.71 |
| 6/17/2004 2:28:20 PM | TRV2003 | Local Collections | $30.00 | 11160 | | $67.71 |
| 6/3/2004 11:11:32 AM | TRV3000 | Sales | ($31.85) | 41 | | $37.71 |
| 6/2/2004 12:52:35 PM | TRV2001 | Payroll - UNICOR | $69.35 | IOS033 | | $69.56 |
| 5/25/2004 3:28:33 PM | TRV2001 | Initial PLRA Pymt | $0.21 | 1007-V | | $0.21 |
| 5/21/2004 12:42:11 PM | TRV2001 | Initial PLRA Pymt | ($0.21) | 4TRVD001 | 1007 | $0.00 |
| 5/20/2004 11:06:02 AM | TRV3000 | Sales | ($12.10) | 38 | | $0.21 |
| 5/14/2004 6:00:43 PM | AMService | ITS Withdrawal | ($10.00) | ITS0514 | | $12.31 |
| 5/13/2004 11:03:08 AM | TRV3003 | Sales | ($16.25) | 51 | | $22.31 |
| 5/12/2004 1:27:53 PM | TRV2003 | Local Collections | $25.00 | 8688 | | $38.56 |
| 5/6/2004 11:02:18 AM | TRV3005 | Sales | ($75.25) | 56 | | $13.56 |
| 5/5/2004 8:33:43 PM | AMService | ITS Withdrawal | ($10.00) | ITS0505 | | $88.81 |
| 5/3/2004 1:08:27 PM | TRV2001 | Payroll - UNICOR | $71.88 | IOS030 | | $98.81 |
| 4/29/2004 1:27:49 PM | TRV2003 | Local Collections | $25.00 | 7826 | | $26.93 |
| 4/7/2004 11:17:42 AM | TRV3003 | Sales | ($23.05) | 45 | | $1.93 |
| 4/2/2004 5:21:19 PM | AMService | ITS Withdrawal | ($50.00) | ITS0402 | | $24.98 |
| 4/2/2004 8:28:12 AM | TRV2003 | Payroll - UNICOR | $74.29 | IOS027 | | $74.98 |



| General Information | Account Balances | Commissary History | Commissary Restrictions | Comments |

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | ■■■ |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/11/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 12/13/2004 11:07:46 AM |
| Account Status: | Active |
| ITS Balance: | $278.69 |

**FRP Plan Information**

**FRP Plan Type**     **Expected Amount   Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $1.90 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $1.90 |
| National 6 Months Deposits: | $596.99 |
| National 6 Months Withdrawals: | $632.80 |
| National 6 Months Avg Daily Balance: | $18.08 |
| Local Max. Balance - Prev. 30 Days: | $114.70 |
| Average Balance - Prev. 30 Days: | $11.44 |

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                               FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) WoodCrauft | DATE: 12-9-04 |
|---|---|
| FROM: Guerro-Aguilar | REGISTER NO.: 94621-079 |
| WORK ASSIGNMENT: Unicor | UNIT: McMullen - A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I need a copy of my account balance for the past (6) months

(Do not write below this line)

DISPOSITION:

Signature Staff Member                    Date

Record Copy - File; Copy - Inmate
This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                             and BP-S148.070 APR 94