Mr. David Guerrero-Aguila
Federal Correction institution
P.O. Box 4200 mcmullen-A
Three Rivers, TX. 78071



RECEIVED
DEC 17 2004
U.S. MAGISTRATE

United States District Court
Southern District of Texas
U.S. Federal Building & Court Ho.
600 E. Harrison, #203
Brownsville, TX. 78520

[ Legal mail
C.F.R. 540.17 ]