United States District Court
Southern District of Texas
FILED

DEC 1 7 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID GUERRERO-AGUILAR, | § | |
| (Movant) | § | |
| | § | C.A. NO. B-04-130 |
| V. | § | |
| | § | CR. NO. B-01-053 |
| UNITED STATES OF AMERICA, | § | |
| (Respondent) | § | |

## NOTICE OF COMPLIANCE

Now comes David Guerrero-Aguilar, Movant, pro se before the Honorable of said Court.

Movant received notice from the United States District Court on December 9, 2004, that he has until December 15, 2004 to file an application to proceed in forma pauperis.

Attached to this notice is a certified application to proceed without prepayment of fees.

Movant prays that the Honorable of said Court will accept this notice and the forma pauperis application, and allow him to move forward with his writ of habeas corpus.

Signed on this _14_ day of December, 2004.

David Guerrero-Aguilar
Movant in pro se

-1-

<u>CERTIFICATE OF SERVICE</u>

I, David Guerrero-Aguilar, do declare in compliance with 28 U.S.C. § 1746 that I have placed a true and correct copy of the foregoing "Notice of Compliance" in the prisoner's mailbox at the Federal Correctional Institution at Three Rivers, Texas, first-class postage affixed, on December _14_, 2004, addressed to the Clerk of the Court located at:

The United States District Court
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison #203
Brownsville, Texas   78520

                                                   Respectfully submitted,

                                                   *David Guerrero* (signature)
                                                   David Guerrero-Aguilar
                                                 #94621-079
                                                 Federal Correctional Inst.
                                                 P.O. Box 4200
                                                 Three Rivers, Texas
                                                                 78071-4200