**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED
DEC 2 8 2004
Michael N. Milby, Clerk of Court

| | |
|---|---|
| DAVID GUERRERO-AGUILAR | * |
| VS | * CIVIL ACTION NO. B-04-130 |
| UNITED STATES OF AMERICA | * (Criminal No. B01-053) |

United States District Court
Southern District of Texas
ENTERED
DEC 2 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **February 28, 2005**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 28th day of December 2004.

Felix Recio
United States Magistrate Judge