■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

David Guerrero-Aguilar
Reg. No. 9[illegible]
Box [illegible]
Three Rivers, TX 78[illegible]

A. Signature
X [signature] ☐ Agent
             ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   [illegible]                    1-3-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0001 8847 1705

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-15