IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. NO. B-01-53 |
| | § | |
| DAVID GUERRERO-AGUILAR, | § | |
| Petitioner. | § | |
| (C.A. B-04-130) | § | |

ORDER

It is hereby ORDERED that the government's motion to dismiss is GRANTED.

SIGNED this _____ day of _____ 2005.

_____
UNITED STATES DISTRICT JUDGE