IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 0 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DAVID GUERRERO AGUILAR, ) | |
| PETITIONER, ) | |
| ) | |
| v.  ) | CASE NO. B-01-053 |
| ) | B04-CV-130 |
| UNITED STATES OF AMERICA, ) | |
| RESPONDENT. ) | |
| ) | |

### MOTION IN RESPONSE TO U.S. ATTORNEYS MOTION TO DISMISS.

Before This Honorable Court.

Now comes in form of Pro-se., David Guerrero Aguilar Federal Regulation No. #94621-079, refered to as [Petitioner] Hereinafter. Inmate at Federal Correctional Institution, Three Rivers, Tx. With this motion in Response to U.S. Attorneys Motion to Dismiss Petitioners 28 U.S.C. 2255.

[NOTE]

In the Attemp to address this Honorable Court, in an appropriate manner. Petitioner will make clear he is not a professional in citing Law Nor in the fullest ackNowledgement of Law context. But relies on <u>Haines v. Kerner,</u> 404 U.S. 519, 596, (1972) That this Court cannot hold Petitioner to the same strenigents as a Licence Attorney. Therefore Petitioner will do the best to his ability to please the Honorable Court.

-1-

## FACTS OF PROCEEDINGS

On February 28, 2001. Petitioner Pled Guilty to a one (1) Count indictment, being Illegal Re-entry, in violation of Tittle 8 U.S.C 1326 (a) and (b) and recived a sentence pursuant to the United States Sentencing Guidelines [USSG-Hereinafter], of 65 months term of imprisonment. Petitioner Appealed the Sentence and conviction, on a timely manner, Court of Appeals for the Fifth Circuit Affirmed the sentence and conviction, in December 26, 2001. On August 5, 2004. Petitioner filed a 28 U.S.C 2255, This Honorable Court Granted and by form of Order, ordered the Governments U.S. Attorney to responed to petitioners motion by no later the February 28, 2005. Petitioner recived copy, of the U.S. Attorneys respond on March 3, 2005. And Now will contest U.S. Attorneys Motion to Dismiss.

## [LEGAL STANDARDS]

A 28 U.S.C. 2255., Is for a Federal Prisoner in custody seeking remedies on a motion attacking Sentence See [EXHIBIT (1)] Which gives Petitioner legal standings , to the motion submitted under this Tittle and code, And time limits should not be used on Petitioner negligents, for it was Petitioners appointed counsel, who failed to inform Petitioner of any limits, Furthermore. Under the New Supreme Courts Rulings, of 2005. Petitioner has standings.,

## DISCUSSION

In the U.S. Attorneys Motion. " The Government " is avoiding ISSUE I of petitioners motion. Whish is That Petitioner Pled Guilty with the understanding He would only recive a sentence of 15 to 21 months. Then the government uses the limitations of time, for impediment to relief. And That is fine, the government has that Right as well. But the cases before the Supreme Court, Especially United states v. Booker, 125 S.Ct. 738, 2005. is Retroactive, See Griffith v. kentucky, 479 U.S. 314, 328, 107 S. Ct. 708, 93 L.Ed. @d 649, And Petitioners [EXHIBITS] Since Petitioner is not a professional in citing Law, and presents exhibits as part of this discussion in support, and stands by the original motion. 28 U.S.C 2255. May it Please this Honorable Court.

## CONCLUSSION

Relying on the aforementioned and the New Supreme Courts holdings of 2005. Petitioner will place himself at the mercy of this Honorable Court, and Petitions. That the U.S. Attorneys motion to dismiss not be granted. And Petitioners relief be sought, by decision of the Court. So that petitioner may be deported to Mexico and seek his medical attention very mach needed.

Respectfully Submitts

*David Guerrero*
David, Guerrero Aguilar.

Sworn and Subscribed to before me on this 8th day of March, 2005., By David Guerrero Aguilar, Federal Rg. No. 94621-079., To which witness my hand and seal.

David Guerrero
David Guerrero Aguilar

I Witness

3/8/05
Date

## CERTIFICATE OF SERVICE

I, David Guerrero Aguilar, do hereby certify that the Original and Three (3) exact copies of the foregoing Motion, Petitioning A Case Or Setence Review, Under New Supreme Court Ruling, was mailed with proper pre-paid postage affixed thereto, to the United States District Court, For the Western District of Texas, In which One (1) is to be served upon the Government's Assistant District Attorney's Office, One (1) copy is provided for the Court, One (1) copy for the Clerks Office, and One (1) copy "filed" is to be returned to the Petitioner, To which a pre-paid self addressed envelope has been provided.

Dated this 8th day of March, 2005.

David Guerrero
David Guerrero Aguilar
Reg. No. 94621-079.