

United States District Court
Southern District of Texas
Brownsville Division
1049 Federal Building and
United States Courthouse
600 East Harrison Street
Brownsville, TX. 78520

Reg# 44631-079
Federal Correction Institution
P.O. Box 4200
Three Rivers, TX. 78071-4200

FEDERAL CORRECTIONAL INSTITUTION
P O BOX 4000
THREE RIVERS, TEXAS 78071   DATE 2-26-05

THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER ENCLOSES
CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE
TO THE ABOVE ADDRESS.

LEGAL--MAIL--