

United States District Court
Southern District of Texas
FILED

JUN 15 2005

Michael N. Milby, Clerk of Court

Mr. David Guerrero-Aguilar
\#-079
FCI Three Rivers
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

CA B04-130 (6/14/05 R&R)

B04-130