United States District Court
Southern District of Texas
FILED

JUN 2 2 2005

Michael N. Milby
Clerk of Court

**SENDER:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. David Guerrero-Aguilar
Reg No 94621-079
FCI Three Rivers
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

CA B04-130  (6/14/05  R&R)

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )  JLeal
C. Date of Delivery  6-20-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7003 1010 0003 6967 3389

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381