United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID GUERRERO-AGUILAR, | § | |
|     Movant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-130 |
| | § | (CR. NO. B-01-053) |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Government's Motion to Dismiss (Docket No. 11) is hereby GRANTED. Accordingly, Movant David Guerrero-Aguilar's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) is DISMISSED as time barred.

DONE at Brownsville, Texas this __1__ day of __August__, 2005.

Hilda Tagle
United States District Judge